UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KYEESHA PRICE O/B/O J.D. | CIVIL ACTION |
| VERSUS | NO. 25-2042 |
| EVOLVE BANCORP. INC., ET AL. | SECTION A (2) |

**ORDER AND REASONS**

The following motions are before the Court: **Motion to Dismiss (Rec. Doc. 31)** filed by National Distribution Consultants, L.L.C. ("NDC"), and **Partial Motion to Dismiss (Rec. Doc. 32)**, filed by Evolve Bancorp, Inc. ("Evolve Bancorp") and Evolve Bank & Trust ("EBT") (collectively, the "Evolve Defendants"). The plaintiff, Kyeesha Price o/b/o her minor, permanently disabled child, has opposed the Evolve Defendants' motion. No opposition has been filed to NDC's motion to dismiss. The motions, submitted for consideration on September 30, 2026, are before the Court on the briefs without oral argument.

This is a Louisiana trust administration dispute. The plaintiff, Kyeesha Price, has brought this action on behalf of Jazmine Dixon, her permanently disabled minor child and the beneficiary of the Jazmine Dixon Special Needs Trust ("the Trust"). The Trust was established from the proceeds of a medical malpractice settlement of $900,000.00, of which $346,973.69 was designated for the trust. The Trust divides fiduciary responsibility between two entities, EBT as corporate trustee invests, holds, and disburses trust assets; NDC serves as distribution director and as such approves or

denies distribution requests, maintains distribution records and reports, communicates with the beneficiary, and oversees compliance.

Plaintiff alleges that the defendants mishandled the Trust and violated certain duties imposed upon them under state law. Plaintiff also seeks to invoke federal law. Evolve Bancorp is EBT's corporate parent.

NDC seeks dismissal based on the contention that the complaint identifies no conduct whatsoever for which the plaintiff seeks to hold this entity liable. NDC is correct. The plaintiff has chosen not to oppose NDC's motion. NDC's motion is therefore granted in its entirety and all claims against NDC are dismissed with prejudice.

The Evolve Defendants seek a partial dismissal arguing that any claims for federal civil rights violations, fraud, conspiracy, unjust enrichment, negligence, emotional distress, and punitive damages should be dismissed because the plaintiff alleges no facts to plausibly support any such claims. This assertion is correct, in fact certain of the claims such as those asserted against these private actors for federal civil rights violations are legally frivolous. And as the Evolve Defendants have pointed out in their reply memorandum, the plaintiff's opposition completely fails to address the merits of the defendants' motion. Therefore, all claims against Evolve Bancorp will be dismissed in their entirety with prejudice.

As to EBT, all claims based on federal law, fraud, unjust enrichment, civil conspiracy, intentional infliction of emotional distress, negligence, Civil Code article 1498, and the request for punitive damages are dismissed with prejudice leaving only those claims based on the contention that EBT breached the Trust and its fiduciary duties as trustee.

The Court notes that in her opposition, which again does not address the merits of the actual legal arguments raised by the Evolve Defendants' motion to dismiss, the plaintiff includes a single sentence requesting leave to amend but includes no information about what those proposed amendments would be and how they would serve to cure the identified defects. In fact, no amendment could cure the claims based on legally frivolous legal theories.

Accordingly;

**IT IS ORDERED** that the **Motion to Dismiss (Rec. Doc. 31)** filed by National Distribution Consultants, L.L.C. is **GRANTED** and all claims against this defendant are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the **Partial Motion to Dismiss (Rec. Doc. 32)**, filed by Evolve Bancorp, Inc. and Evolve Bank & Trust is **GRANTED** as explained above.

October 7, 2026

JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE